UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN SABAHI,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 19-cv-02155-TSH<br><br>**ORDER TO SHOW CAUSE** |

Under the April 22, 2019 Scheduling Order in this case (ECF No. 3), Plaintiff's motion for summary judgment or remand is due within 28 days of service of Defendant's answer. However, Defendant filed his answer on August 16, 2019, but Plaintiff did not file a motion by the September 13, 2019 deadline. Accordingly, the Court **ORDERS** Plaintiff Allen Sabahi to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 30, 2019. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 16, 2019

THOMAS S. HIXSON
United States Magistrate Judge